**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 15-7041**

―――――――――

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

    v.

RYAN DUANE DENT, a/k/a Little Man, a/k/a Man Dingo, a/k/a
Dingo,

       Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Glen E. Conrad, Chief
District Judge. (5:09-cr-00016-GEC-1)

―――――――――

Submitted: August 27, 2015      Decided: September 1, 2015

―――――――――

Before GREGORY, AGEE, and THACKER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Ryan Duane Dent, Appellant Pro Se.  Grayson A. Hoffman,
Assistant United States Attorney, Harrisonburg, Virginia, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Duane Dent appeals the district court's order denying his motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Dent</u>, No. 5:09-cr-00016-GEC-1 (W.D. Va. June 15, 2015). We deny Dent's motion for counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>